*In re Pers. Restraint of Crow, Petitioner*, No. 91837-6. Motion for discretionary review of a decision of the Court of Appeals, No. 42926-8-II, April 28, 2015, 187 Wn. App. 414. *Denied* December 15, 2015.

*State, Respondent, v. Christopher, Petitioner*, No. 92195-4. Petition for review of a decision of the Court of Appeals, No. 45694-0-II, August 4, 2015, 189 Wn. App. 1021. *Granted on a specific issue* and *remanded* to the Superior Court March 2, 2016.

*Fast et al., Petitioners, v. Kennewick Pub. Hosp. Dist. et al., Respondents*, No. 92216-1. Petition for review of a decision of the Court of Appeals, No. 31509-6-III, June 2, 2015, 188 Wn. App. 43. *Granted* March 2, 2016.

*State, Respondent, v. Morrissey, Petitioner*, No. 92222-5. Petition for review of a decision of the Court of Appeals, No. 45965-5-II, August 4, 2015, 189 Wn. App. 1021. *Granted on a specific issue* and *remanded* to the Superior Court March 2, 2016.

*State, Respondent, v. Goss, Petitioner*, No. 92274-8. Petition for review of a decision of the Court of Appeals, No. 72409-6-I, August 17, 2015, 189 Wn. App. 571. *Granted on specific issues* March 2, 2016.